**DISMISS and Opinion Filed May 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00195-CV

**RUTH TORRES, Appellant**
**V.**
**PURSUIT OF EXCELLENCE, INC., DALLAS FORT WORTH**
**INTERNATIONAL AIRPORT BOARD, MARK GALVAN, AND**
**MARIE DIAZ, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08711**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

By notice of appeal filed February 18, 2022, appellant seeks mandamus and injunctive relief from the trial court's failure to rule on a motion heard in April 2021. Mandamus relief may be granted to compel a trial court to perform the ministerial act of ruling on a properly filed, pending motion. *See In re Shredder Co., L.L.C.*, 225 S.W.3d 676, 679 (Tex. App.—El Paso 2006, orig. proceeding). However, a mandamus proceeding is commenced by filing a petition in accordance with Texas Rule of Appellate Procedure 52, not by filing a notice of appeal. *See* TEX. R. APP. P. 52.1. Our jurisdiction to adjudicate appeals is separate from our jurisdiction to

grant mandamus and injunctive relief. *See* TEX. GOV'T CODE ANN. §§ 22.220 (civil jurisdiction), 22.221 (writ power). A necessary prerequisite to invoking our appellate jurisdiction is a final judgment that disposes of all parties and claims or an interlocutory order authorized by statute or rule to be appealed, a prerequisite not satisfied here. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

In response to a directive that she show cause why the appeal should not be dismissed for want of jurisdiction, appellant filed a motion to reclassify the appeal as an original proceeding, acknowledging no final judgment has been signed, and a letter brief addressing our mandamus jurisdiction.[1] We denied appellant's motion, however, on April 4, 2022, and subsequently denied a motion to reconsider.

Accordingly, having already declined to reclassify the appeal as an original proceeding and with no appealable order or judgment before us, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220195F.P05

---

[1] Appellees Dallas/Fort Worth International Airport Board and Mark Galvan also filed letter briefs.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RUTH TORRES, Appellant

No. 05-22-00195-CV          V.

PURSUIT OF EXCELLENCE, INC.,
DALLAS FORT WORTH
INTERNATIONAL AIRPORT
BOARD, MARK GALVAN, AND
MARIE DIAZ, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-16-08711.
Opinion delivered by Chief Justice
Burns, Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 27, 2022.